AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Massachusetts

Comcast of S. New England, Inc.

V.

Mary Ahearn

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05 - 11834 GAO

TO: (Name and address of Defendant)

Mary Ahearn
69 Kennedy Drive
North Chelmsford, MA 01863

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon LLP
P. O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-0865

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  SEP - 9 2005



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

December 6, 2005

I hereby certify and return that on 12/6/2005 at 8:30AM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET, CASE COVER SHEET, CORPORATE DISCLOSURE in this action in the following manner: To wit, by delivering in hand to MARY AHEARN at, 69 KENNEDY Drive, NORTH CHELMSFORD, MA 01863. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($16.00) Total Charges $53.50

_____
Deputy Sheriff

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                Signature of Server

                                  _____
                                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.