# UNITED STATE DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Case Number: 05 – 11834 GAO

| | |
|---|---|
| Comcast Of Southern New England, Inc. )<br>("Comcast") )<br>Plaintiff ) <br> ) <br> ) <br>VS. ) <br> ) <br> ) <br>Mary Ahearn )<br>Defendant )<br> ) | DEFENDANT'S REQUEST FOR<br>ADDITION TIME TO FILE<br>ANSWER AND RESPONSIVE<br>PLEADINGS<br>(Time requested to January 16, 2006) |

Now comes the Defendant, Mary Ahearn, and requests that the time for her to file an answer and responsive pleading in the above captioned case be extended to January 16, 2006, and assigns as reasons for the request for the additional time:

1) Mary Ahearn, the Defendant is unfamiliar with the judicial, legal process;

2) The papers served on her give no address for the Court in which to file an answer;

3) Family medical matters have put a serious demand on her time and attention, and she has been required to tend to her husband both at home and in the hospital;

4) The request for additional time is not intended to be burdensome on the Court or on the adversary attorney, and is not unreasonable;

Page Two

5) The additional time will permit the preparation of a more suitable answer permitting a more orderly processing of the case and securing of legal counsel and assistance.

*Mary Ahearn*

Mary Ahearn
69 Kennedy Drive
North Chelmsford
Mass. 01863

978 251 7061