UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case Number: 05 – 11834 GAO

| | |
|---|---|
| Comcast Of Southern New England, Inc. ) ("Comcast") ) Plaintiff ) ) ) VS. ) ) ) Mary Ahearn ) Defendant ) ) | DEFENDANT'S REQUEST FOR ADDITION TIME TO FILE ANSWER AND RESPONSIVE PLEADINGS (Time requested to January 25, 2006) *SECOND REQUEST* |

Now comes the Defendant, Mary Ahearn, and requests that the time for her to file an answer and responsive pleading in the above captioned case be extended to January 25, 2006, and assigns as reasons for the request for the additional time:

When I, the Defendant, originally requested additional time for filing an answer, responsive pleadings, I assumed that the Attorney I expected to represent me[1] would have time to work on the case. He is now scheduled for trial in Middlesex Superior Court with a evidence, discovery, conference set for the 12th, and trial to begin on the 17th. The trial is expected to run for several days, with arguments and charges set for the 23rd.

I now have to go back through stored records to retrace my dealings with Comcast and the records are not stored with compiling a record of dealing with the cable TV Company, in mind. It is consuming considerable time.

---

[1] Gerald B. Gallagher, P.O. Box 2085, Acton, MA 01720

The additional time will permit the preparation of a more suitable answer permitting a more orderly processing of the case and securing of legal counsel and assistance.

Mary Ahearn
69 Kennedy Drive
North Chelmsford
Mass. 01863

978 251 7061

January 11, 2006