# UNITED STATE DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Case Number: 05 – 11834 GAO

| | |
|---|---|
| Comcast Of Southern New England, Inc. )<br>("Comcast") )<br>Plaintiff )<br>)<br>)<br>)<br>VS. )<br>)<br>)<br>Mary Ahearn )<br>Defendant )<br>_____ ) | DEFENDANT'S REQUEST FOR<br>ADDITION TIME TO FILE<br>ANSWER AND RESPONSIVE<br>PLEADINGS<br>(Time requested to January 31, 2006)<br>*THIRD REQUEST* |

Now comes the Defendant, Mary Ahearn, and requests that the time for her to file an answer and responsive pleading in the above captioned case be extended to January 31, 2006, and assigns as reasons for the request for the additional time:

When I, the Defendant, originally requested additional time for filing an answer, responsive pleadings, I assumed that the Attorney I expected to represent me[2] would have time to work on the case. He was scheduled for trial in Middlesex Superior Court with a evidence, discovery, conference set for the 12th, and trial to begin on the 17th. The trial is expected to run for several days, with arguments and charges set for the 23rd.

For reasons not entirely clear to me, the trial did not in fact go forward, and the legal work required after the trial does require considerable attention and demands on his time.

Today, the day of my drafting this motion, is a very snowy day and I do not have want to drive for a long distance to get to his office.

---

[2] Gerald B. Gallagher, P.O. Box 2085, Acton, MA 01720

If I am give more time I will be able to handle the matter in much more orderly fashion.

The additional time will permit the preparation of a more suitable answer permitting a more orderly processing of the case and securing of legal counsel and assistance.

I apologize for requiring three motions for additional time.

Mary Ahearn
69 Kennedy Drive
North Chelmsford
Mass. 01863

978 251 7061