# UNITED STATE DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Case Number: 05 – 11834 GAO

| | |
|---|---|
| Comcast Of Southern New England, Inc. ("Comcast") Plaintiff | ) ) ) ) ) |
| VS. | ) ) ) |
| Mary Ahearn Defendant | ) ) ) |

## NOTICE OF APPEARANCE

Please note my appearance for the Defendant , Mary Ahearn.

Mary Ahearn
By Her Attorney

Gerald B. Gallagher, BBO #183220
9 Main Street
P.O. Box   2085
Acton,  MA  01720

Telephone:      978 263 8331

## CERTIFICATE OF SERVICE

I, Gerald B. Gallagher, hereby certify that I have forwarded a copy of the foregoing Notice Of Appearance to John M. McLaughlin at Green, Miles, Lipton & Fitz - Gibbon, LLP, 77 Pleasant Street, P.O. Box 210, Northampton, MA  01061, by first class mail on this 1st day of February, 2006.

Gerald B. Gallagher